IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| STEVE SIMONDS as next friend of D.R., | * |
| Plaintiff, | * |
| v. | Case No. 3:23-cv-29 (CAR-CHW) |
| | * |
| DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES, et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 12, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of October, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk